**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**HELENA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**RAYMOND E. BURAN,**<br><br>**Defendant.** | **6:26-po-05027- KLD**<br><br>**ORDER**<br><br>**Violation No.: 9597293**<br>**Location Code: M18** |

Before the Court is the motion of the United States to dismiss the violation and vacate all hearings in this matter. For good cause shown, the motion is granted.

IT IS HEREBY ORDERED that Violation No. 9597293 be dismissed.

IT IS FURTHER ORDERED that all hearings in this matter are VACATED.

DATED this 4th day of November, 2026.

KATHLEEN L. DESOTO
United States Magistrate Judge